

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00367-CV

**IN THE INTEREST OF G.E.T., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

## O R D E R

On September 15, 2020, we issued an order striking the appendix to appellant's brief because it included sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data was not redacted. *See* Tex. R. App. P. 9.9. We ordered appellant to file an amended appendix in compliance with Texas Rule of Appellate Procedure 9.9 by September 25, 2020.

On September 16, 2020, appellant filed an amended appendix that redacted two recitations of the child's name and birth date. However, the child's name remains unredacted on pages 3, 4, 5, 7, 27, 28, 29, 31, 38, 46, and 47 of the amended appendix. We therefore ORDER that appellant's amended appendix is STRICKEN. We further ORDER appellant to file an amended appendix in compliance with Texas Rule of Appellant Procedure 9.9 **by September 18, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court